```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :       22cv2398 (DLC)
IN RE APPLICATION OF FOREIGN LITIGANT. :          ORDER
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received on March 24, 2022 the petitioner's application requesting an order to take discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782, it is hereby

ORDERED that the petitioner shall appear in a conference on **Friday, April 1, at 11:00 am** in Courtroom 18B, 500 Pearl Street. The petitioner shall be prepared to discuss whether the petition is brought in reasonable contemplation of anticipated foreign proceedings, and the basis for each requested subpoena.

IT IS FURTHER ORDERED that the docket for this case shall be unsealed, and that this Order shall be filed on the public docket. All other documents filed in this case shall remain under seal.

IT IS FURTHER ORDERED that the petitioner shall submit by **Wednesday, March 30** proposed redactions of the filings.

Dated:  New York, New York
        March 25, 2022

                                       _____
                                              DENISE COTE
                                       United States District Judge