```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv2398 (DLC)
IN RE APPLICATION OF FOREIGN LITIGANT.   :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 25, 2022, this Court scheduled a conference for April 1. It is hereby

ORDERED that the April 1 conference shall take place telephonically.

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

> Dial-in:        888-363-4749
> Access code:    4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:   New York, New York
         March 31, 2022

_____
DENISE COTE
United States District Judge