```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     22cv2398 (DLC)
IN RE APPLICATION OF FOREIGN LITIGANT.   :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

Having held a conference on April 1, 2022, it is hereby

ORDERED that the transcript of the April 1 conference shall be sealed pending further order of the Court.

IT IS FURTHER ORDERED that the petitioner shall submit supplemental briefing in favor of the petition by **April 15, 2022.** The supplemental briefing shall address whether the petition is brought in reasonable contemplation of anticipated foreign proceedings, the basis for each requested subpoena, whether the case should remain sealed, and the extent to which the filings should be redacted.

IT IS FURTHER ORDERED that the petition shall remain under seal pending further order of the Court.

IT IS FURTHER ORDERED that any proposed redactions shall be submitted by **April 13, 2022,** consistent with this District's ECF Rules and Instructions and this Court's individual practices.

SO ORDERED:

Dated:   New York, New York
         April 1, 2022

_____
         DENISE COTE
United States District Judge