UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv2398 (DLC)
In re APPLICATION OF FOREIGN LIGITANT.   :
                                         :    ORDER
---------------------------------------- X

DENISE COTE, District Judge:

Upon consideration of the Petition pursuant to 28 U.S.C. § 1782 (the "Petition") submitted in this proceeding, it is hereby

ORDERED that

(a) The Petition is granted in part;

(b) Petitioner is authorized to serve subpoenas upon UBS AG, Bank of New York Mellon Company, and Credit Suisse Securities (USA) LLC (the "Respondents");

(c) Respondents are directed to respond to each subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court; and

(d) the Petition and all accompanying papers submitted in support thereof shall continue to be held under seal for 14 days.

SO ORDERED:

Dated:   New York, New York
         May 4, 2022

                                       _____
                                              DENISE COTE
                                       United States District Judge