```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv2398 (DLC)
In re APPLICATION OF FOREIGN LIGITANT.   :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 4, 2022, this Court issued an Order unsealing the docket and any filings submitted in the case. Accordingly, it is hereby

ORDERED that the petitioner shall resubmit all filings on the public docket by **June 3, 2022,** redacted only to exclude confidential information relating to any investigation conducted by the petitioner.

SO ORDERED:

Dated:   New York, New York
         May 26, 2022

_____
DENISE COTE
United States District Judge