UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                     :        22cv2398 (DLC)
IN RE APPLICATION OF FOREIGN LITIGANT. :           ORDER
                                     :
-------------------------------------- X

DENISE COTE, District Judge:

     On May 26 the petitioner was ordered to resubmit all
filings on the public docket by June 3, redacted only to exclude
confidential information relating to any investigation it
conducted.  On June 7, the petitioner resubmitted its filings,
redacted to exclude all identifying information about the
respondents and the target of the petitioner's discovery.
Accordingly, it is hereby

     ORDERED that the petitioner shall appear at a conference on
**Thursday, June 9, at 11:00 am** to be held telephonically.  The
petitioner shall use the following dial-in credentials for the
telephone conference:

          Dial-in:       888-363-4749

          Access code:   4324948

The parties shall use a landline if one is available.


Dated:    New York, New York
          June 8, 2022

                              _____
                                      DENISE COTE
                              United States District Judge