```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv2398 (DLC)
In re APPLICATION OF FOREIGN LIGITANT.   :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

Having held on June 9, 2022 a conference with the petitioner regarding the redactions within the petitioner's filings, it is hereby

ORDERED that the petitioner shall resubmit all filings on the public docket by **June 21, 2022,** redacted only to exclude confidential information relating to any investigation conducted by the petitioner. The petitioner must provide justification for any proposed redaction. The petitioner will have no further opportunity to propose redactions.

SO ORDERED:

Dated:   New York, New York
         June 9, 2022

_____
DENISE COTE
United States District Judge