UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF FOREIGN LITIGANT FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No.: 22-cv-2398 DLC |

## [PROPOSED] ORDER

Upon consideration of the Supplemental Second Application and Motion for an Order to Take Discovery for use in a Foreign Proceeding pursuant to 28 U.S.C. § 1782 (the "Second Petition") submitted by Hangzhou Biaoba Trading Co., Ltd. (the "Petitioner"), and all papers submitted in support thereof, and good cause having been shown:

**IT IS HEREBY ORDERED**, that

(a) the Motion and Supplemental Application is GRANTED;

(b) Petitioner may proceed EX PARTE;

(c) Petitioner is authorized to serve the subpoenas annexed as Exhibits B through E, to the Third Declaration of Rongping Wu filed in support of the Motion, upon Bank of America, N.A., HSBC Bank USA N.A., Wells Fargo Trust Company N.A., and International Registries, Inc. (the "Respondents");

(d) Respondents are directed to respond to such subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

So ordered.
*[signature]*
9/22/22

**IT IS SO ORDERED.**

Date: _____

_____
United States District Judge