UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF FOREIGN INVESTORS FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No.: 22-cv-2398 DLC |

[PROPOSED] ORDER

Upon consideration of the Motion for an Order Authorizing Service of an Additional Subpoena upon the Respondent (the "Motion") submitted by Hangzhou Biaoba Trading Co., Ltd. (the "Petitioner"), and all papers submitted in support thereof, and good cause having been shown;

**IT IS HEREBY ORDERED**, that

(a) the Motion is Granted;

(b) Petitioner may proceed Ex Parte;

(c) Petitioner is authorized to serve the subpoena annexed as Exhibit B to the Declaration of Rongping Wu filed in support of the Motion, upon Citibank N.A., (the "Respondent");

(d) Respondent is directed to respond to the Subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court;

**IT IS SO ORDERED.**

Date: _October 18, 2022_

_____
Denise L. Cote
United States District Judge