UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF FOREIGN INVESTORS FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No.: 22-cv-2398 DLC |

[PROPOSED] ORDER

Upon consideration of the Motion for an Order Authorizing Service of Additional Subpoenas upon the Respondents (the "Motion") submitted by Hangzhou Biaoba Trading Co., Ltd. (the "Petitioner"), and all papers submitted in support thereof, and good cause having been shown;

**IT IS HEREBY ORDERED**, that

(a) the Motion is Granted;

(b) Petitioner may proceed Ex Parte;

(c) Petitioner is authorized to serve the subpoenas annexed as Exhibits D through F to the Declaration of Rongping Wu filed in support of the Motion, upon Credit Suisse AG, Bank of America N.A., and China CITIC Bank International New York Branch (the "Respondents");

(d) Respondents are directed to respond to the Subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court;

**IT IS SO ORDERED.**

Date: November 17, 2022

_____
Denise L. Cote
United States District Judge

1