```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv2398 (DLC)
In re APPLICATION OF FOREIGN LIGITANT.   :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

There having been no additional motions for discovery submitted in this action since November 16, 2022, it is hereby

ORDERED that the above-captioned action will be discontinued on May 1, 2023, unless, before that date, the petitioner submits a letter to this Court explaining why the case shall remain open.

SO ORDERED:

Dated:   New York, New York
         March 2, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge