

www.dgwllp.com

1 Rockefeller Plaza Ste 1060
New York, NY 10020
Katherine Burghardt Kramer, Esq.
Rongping Wu
kkramer@dgwllp.com
lwu@dgwllp.com
T: (+1) 917 633 6860
F: (+1) 917 633 6183

May 1, 2023

**VIA ECF**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street; Room 1910
New York, New York 10007

*The Clerk of Court shall close this case.*

*[signature]*
*5/1/23*

RE:   **In re Application of Foreign Litigant | 22-cv-02398-DLC**
       **Notice of Discontinuance**

Your Honor –

Our firm represents a foreign litigant (the "Petitioner") in the above referenced matter, who sought leave to conduct discovery in this district pursuant to 28 U.S.C. § 1782 in aid of proceedings brought by the Petitioner in the High Court of England and Wales (the "Proceeding").

On or about February 22, 2023, the Court called our firm to inquire whether the Proceeding should remain open, or whether the matter could be closed/discontinued/dismissed and subsequently removed from the active docket. On or about February 27, 2023, we informed the Court via telephone that we would provide it with a formal decision on or about May 1, 2023.   On March 2, 2023, the Court issued an order that stated in part, "ORDERED that the above-captioned action will be discontinued on May 1, 2023…"   *See* DE No. 32.  Please allow this letter to stand as record of the Petitioner's formal decision to discontinue this Proceeding pursuant to the Court's request.

**DGW KRAMER LLP**

Page 2
May 1, 2023

    The Proceeding can be formally discontinued and removed from the Court's active docket.

> Very Truly Yours,
> DGW KRAMER LLP
>
>
> By /s/ *Katherine Burghardt Kramer*
>   Katherine Burghardt Kramer, Esq.
>   Partner